**Appeal Dismissed and Memorandum Opinion filed November 13, 2018**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00858-CR

**WILLIAM STEPHEN LUSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1098506**

## M E M O R A N D U M     O P I N I O N

This is an attempted appeal of the appellant's "Request for Permission to Appeal for Overturn or Reduction in Offense of Class A Misdemeanor Deadly Conduct to Class C Misdemeanor Theft." The trial court did not rule on this motion.

In Texas, appeals in criminal cases are permitted only when they are authorized by statute. *State ex rel. Lykos*, 330 S.W.3d 904, 915 (Tex. Crim. App.

2011); *see* Tex. Code Crim. Proc. art. 44.02. Generally, a criminal defendant may only appeal from a final judgment. *See State v. Sellers*, 790 S.W.2d 316, 321 n. 4 (Tex. Crim. App. 1990).

Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Donovan.
Do Not Publish – Tex. R. App. P. 47.2(b)